# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:12-cr-20018 |
| Plaintiff, ) | No. 2:~~10-cr-20283-STA-dkv~~ |
| ) | |
| vs. ) | 18 U.S.C. § 1001 |
| ) | |
| NORMA YARBROUGH WEBB ) | |
| ) | |
| Defendant. ) | |

**INFORMATION**

FILED IN OPEN COURT
DATE: 2-2-2012
TIME: 4:36 pm
INITIALS: J.A.

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

On or about September 28, 2009, in the Western District of Tennessee, the defendant,

------------------------------------NORMA YARBROUGH WEBB------------------------------------

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that the defendant, **NORMA YARBROUGH WEBB**, submitted an application for family assistance programs and benefits, a matter within the jurisdiction of the United States Department of Agriculture, an agency of the executive branch of the Government of the United States, in which the defendant stated that Terrence Yarbrough resided at 3887 Kerston Drive in Memphis, TN, when in fact Terrence Yarbrough was incarcerated in Missouri at the time of the application, in violation of Title 18, United States Code, Section 1001(a)(2) and (a)(3).

[nmt 5 yrs. imprisonment; nmt $250,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100; see 18 U.S.C. § 3013 (a)].

_for_ Michelle Kilil-Paula                                    Feb. 2, 2012
UNITED STATES ATTORNEY                                        DATE