FILED IN OPEN COURT
DATE: 2-2-2012
TIME: 4:36 pm
INITIALS: ____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. )
) Criminal No. 2: ~~10-cr-20233-STA-dkv~~
)
NORMA YARBROUGH WEBB, ) 2:12-cr-20018
)
    Defendant. )

## PLEA AGREEMENT

**The full and complete plea is as follows:**

NORMA YARBROUGH WEBB agrees that she will enter a voluntary plea of guilty to the information.

The United States agrees to dismiss Count 14 of the Indictment against the Defendant at the appropriate time.

Given the facts in the possession of the United States at the time of the writing of this agreement, the United States does not oppose the Defendant receiving acceptance of responsibility credit pursuant to U.S.S.G. Section 3E1.1. The Defendant understands that if the United States receives information between the signing of this agreement and the time of the sentencing that the Defendant has previously engaged in, or if she engages in the future, in conduct inconsistent with the acceptance of responsibility, including, but not limited to, participation of any additional criminal activities between now and the time of sentencing, this position could change. Further, the Defendant understands that whether or not acceptance of responsibility credit pursuant to Section 3E1.1 is granted is

a matter to be determined by the District Court. Failure of the District Court to grant acceptance of responsibility credit is not a basis for NORMA YARBROUGH WEBB to withdraw her guilty plea.

NORMA YARBROUGH WEBB agrees that she will not apply for or receive any EBT benefits or any other benefits provided or administered by the Tennessee Department of Human Services or the United States Department of Agriculture for herself for the duration of her sentence. NORMA YARBROUGH WEBB acknowledges that any violation of this condition, or any additional fraudulent applications for benefits, will subject her to additional punishment or prosecution.

NORMA YARBROUGH WEBB agrees that this plea agreement constitutes the entire agreement between herself and the United States and that no threats have been made to induce her to plead guilty. By signing this document, NORMA YARBROUGH WEBB acknowledges that she has read this agreement, has discussed it with her attorney, and understands it.

FOR THE UNITED STATES:

EDWARD L. STANTON III
UNITED STATES ATTORNEY

_____          2/2/12
JONATHAN T. SKRMETTI                 Date
Assistant United States Attorney
800 Federal Office Building
167 N. Main Street
Memphis, TN 38103

_____          2/02/12
DORIS HOLT                           Date
Defense Counsel

_____          2/2/12
NORMA YARBROUGH WEBB                 Date
Defendant